UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN PORTIS,

          Plaintiff,

  v.

CORRECTION OFFICER ALVAREZ et al,

          Defendant.

Case Number: CV07-05285 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Portis
F-49814/ B-2-01L
Pleasant Valley State Prison
PO Box 8502
Coalinga, CA 93210

Dated: December 12, 2007

                                          Richard W. Wieking, Clerk
                                          By: D. Toland, Deputy Clerk