**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PORTIS, | No. C 07-5285 WHA (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Correctional Officer ALVAREZ; Lieutenant ERIC EVANS; and Correctional Officer FETUS, | |
| Defendants. / | |

   Pursuant to the court's order entered today, a judgment of dismissal without prejudice is hereby entered.

   **IT IS SO ORDERED.**

Dated: December  11 , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\PORTIS5285.JUD.wpd